452 A.2d 62

Commonwealth v. Hughes, Appellant.
Petition for Allowance of Appeal Denied Feb. 11, 1983.

Argued April 6, 1982.  Joseph J. Yeager, for appellant; Ernest D. Preate, Jr., District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.